WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert J Stewart, Jr., | No. CV-20-02207-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Healthcare LLC, Unknown Beal, and Unknown Thomas, | |
| Defendants. | |

On November 2, 2021, this Court ordered the parties in this case to provide the Court with proposed dates that they would be available for trial. (Doc. 35). The parties failed to comply with this Order, and on November 16, 2021, the Court set trial for April 4, 2022. (Doc. 39). Almost two months later, on January 4, 2022, Counsel for Defendants filed a notice of trial conflict. In the notice of trial conflict, Counsel for Defendants states that "lead trial counsel" is scheduled to begin a trial on March 28, 2022, and that "Defendants do not know how long the trial will last." (Doc. 45).

Because the notice of trial conflict does not give the Court adequate information,

**IT IS ORDERED** that lead trial counsel shall confer with opposing counsel in CV 19-2841 and, by January 10, 2022, file a notice in this case that includes an estimated length of trial in CV 19-2841. A copy of the notice of estimated length of trial shall also be filed in CV 19-2841.

/ / /

/ / /

**IT IS FURTHER ORDERED** that the April 4, 2022 trial date in this case is confirmed.

Dated this 5th day of January, 2022.

James A. Teilborg
Senior United States District Judge